IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMIE L. HARMON,                      }
                                      }
        Plaintiff,                    }
                                      }        CIVIL ACTION NO.
v.                                    }
                                      }        00-AR-1277-S
BAY SPRINGS RESTAURANT AND            }
MARINA, et al.,                       }
                                      }
        Defendants.                   }

**ENTERED**

**MAR 16 2001**

## MEMORANDUM OPINION

This court has entertained many peculiar motions, perhaps none more peculiar than the motion filed on February 27, 2001, by defendants in the above-entitled case seeking a supplementation of the record on appeal by plaintiff.  Defendants ask this court to add to the appellate record a pleading and accompanying affidavit that defendants say they received by hand delivery on June 28, 2000, from plaintiff, but which was never filed by plaintiff with the clerk of this court and was never considered by this court in making its decision of September 26, 2000, from which plaintiff appeals.

This court is reluctant to add to the record something which it had never seen until defendants' present motion was filed.  Nevertheless, if the appellees, who are undertaking to defend this court's decision in their favor, wants the record thus supplemented, and because plaintiff has not opposed defendants' motion to supplement, the motion will be granted by separate order.



DONE this ___16___ day of March, 2001.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE